```
                              United States Bankruptcy Court
                                  District of Puerto Rico
In re:                                                              Case No. 06-04098-SEK
   LUIS ANDRES ROSARIO SANTIAGO                                     Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0104-3          User: rosadoc              Page 1 of 1           Date Rcvd: Aug 12, 2011
                              Form ID: trc               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2011.
2354300      +Citibank ( South Dakota ) N.A.,    DBA: SEARS,    POB 182149,    Columbus, OH 43218-2149
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 14, 2011**                     **Signature:**     _Joseph Speetjens_

**210B (12/09**)

# United States Bankruptcy Court

District of Puerto Rico
Case No. 06-04098-SEK13
Chapter 13

In re: Debtor(s) (including Name and Address)

LUIS ANDRES ROSARIO SANTIAGO
CC-47 CALLE 18
URB VILLA GUADALUPE
CAGUAS PR 00725

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/11/2011.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: Citibank ( South Dakota ) N.A., DBA: SEARS, POB 182149, Columbus, OH 43218 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57117 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/14/11

Celestino Matta-Mendez
**CLERK OF THE COURT**